Certificate Number: 05781-MD-DE-041623623

Bankruptcy Case Number: 26-20754

05781-MD-DE-041623623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2026, at 3:21 o'clock PM PDT, Rudy Smith Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: October 31, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President